UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARL AMMANN,

           Plaintiff(s),

  v.

STEVE THOMPSON, et al.,

           Defendant(s).

NO. C07-1401RSL

ORDER ON REVIEW OF DENIAL OF MOTION TO RECUSE

The above-entitled Court, having received and reviewed:

a.    Letter from Plaintiff dated September 28, 2007, requesting recusal of Judge Lasnik (Dkt. No. 4)

b.    Order Denying Motion to Recuse and Referring Matter to the Honorable Marsha J. Pechman for Review (Dkt. No. 6)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that, upon review of Plaintiff's request and the reasons therefor, Plaintiff's motion was properly DENIED.

The clerk is directed to provide copies of this order to Plaintiff and all counsel of record.

Dated: October _17__, 2007

                                    /s/ Marsha J. Pechman
                                    Marsha J. Pechman
                                    U.S. District Judge

**ORDER ON REVIEW OF
REFUSAL TO RECUSE - 1**