UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
KARL LOUIS AMMANN,                 )    No. C07-1402RSL
                                   )
               Plaintiff,          )
   v.                              )
                                   )    ORDER OF DISMISSAL
STEVE THOMPSON, *et al.*,          )
                                   )
               Defendants.         )
_____)

      This matter comes before the Court *sua sponte*. On November 13, 2007, Magistrate Judge James P. Donohue identified a number of deficiencies in plaintiff's complaint and gave him an opportunity to file an amended pleading. No amended complaint having been filed, this matter is hereby DISMISSED. The Clerk of Court shall enter judgment accordingly.

      Dated this 6th day of March, 2008.

      */s/ Robert S. Lasnik*
      Robert S. Lasnik
      United States District Judge

ORDER OF DISMISSAL