UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
KARL LOUIS AMMANN,                  )     No. C07-1402RSL
                                    )
                Plaintiff,          )
        v.                          )
                                    )     ORDER VACATING DISMISSAL
STEVE THOMPSON, *et al.*,           )
                                    )
                Defendants.         )
_____)

On November 13, 2007, Magistrate Judge James P. Donohue identified a number of deficiencies in plaintiff's complaint and gave him thirty days in which to file an amended pleading. No amended complaint was filed and this matter was dismissed on March 6, 2008.

Since judgment was entered, plaintiff has submitted a series of letters indicating that he was deprived of his legal papers, that he has been on suicide/medical watch, and that he was unaware that Magistrate Judge Donohue had ordered him to file an amended complaint. The order of dismissal (Dkt. # 11) is therefore VACATED. The Clerk of Court is directed to mail to plaintiff a copy of this order, Dkt. # 7, and Dkt. # 8. Plaintiff may file an amended complaint curing the deficiencies identified by Magistrate Judge Donohue in Dkt. # 8 within thirty days of the date this order. The amended complaint must contain the same case number as this case. If no amended complaint is timely filed, this matter will be dismissed.

ORDER VACATING DISMISSAL

1         Dated this 20th day of March, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING DISMISSAL       -2-