UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARL LOUIS AMMANN,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE THOMPSON, *et al.*,<br><br>    Defendants. | CASE NO.   C07-1402RSL-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's amended complaint (Dkt. No. 20), and this action, are DISMISSED without prejudice for failure to adequately allege a cause of action under § 1983.

(3) The Clerk is directed to terminate this action pursuant to 28 U.S.C. § 1915(e)(2)(B), and to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

Dated this 29th day of September, 2008.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL